IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stewart, Constance R | Case Number: 06 B 00443 |
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 1/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: April 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 30,905.00 | |
| Secured: | | 25,997.40 |
| Unsecured: | | 0.00 |
| Priority: | | 1,415.06 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 1,592.54 |
| Other Funds: | | 0.00 |
| Totals: | 30,905.00 | 30,905.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Michael J Worwag | Administrative | 1,900.00 | 1,900.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Euclid Place Condominium | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 20,637.86 | 5,932.34 |
| 5. | Internal Revenue Service | Secured | 50,055.00 | 13,215.12 |
| 6. | Morlean Realty | Secured | 6,000.00 | 1,584.07 |
| 7. | Euclid Place Condominium | Secured | 1,309.40 | 298.21 |
| 8. | HomeComings Financial Network | Secured | 21,806.81 | 4,967.66 |
| 9. | Internal Revenue Service | Priority | 21,322.84 | 1,415.06 |
| 10. | World Financial Network Nat'l | Unsecured | 96.31 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 142.38 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 886.86 | 0.00 |
| 13. | Capital One | Unsecured | 595.46 | 0.00 |
| 14. | Verizon Wireless | Unsecured | 61.16 | 0.00 |
| 15. | Wells Fargo Financial | Unsecured | 148.22 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 101.42 | 0.00 |
| 17. | B-Real LLC | Unsecured | 269.86 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 176.40 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 121.57 | 0.00 |
| 20. | Internal Revenue Service | Priority | | No Claim Filed |
| 21. | GEMB | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Kovitz Shirfrin Waitzman | Unsecured | | No Claim Filed |
| 24. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 25. | Bank One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Stewart, Constance R | Case Number: 06 B 00443 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 1/18/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Amex | Unsecured | | No Claim Filed |
| 27. | Brylane Home | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 125,631.55 | $ 29,312.46 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 402.25 |
| 5% | 295.31 |
| 4.8% | 470.54 |
| 5.4% | 424.44 |
| | _____ |
| | $ 1,592.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____